# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MIGUEL MASSARI, Individually and on Behalf of All Similarly Situated Individuals, | § § § § | No. 504, 2019 |
| Plaintiff-Appellant, | § § § | |
| v. | § § | Court Below—Court of Chancery of the State of Delaware |
| DANIEL MEYERS, SETH GELBER, NANCY BEKAVAC, PETER DROTCH, THOMAS EDDY, WILLIAM D. HANSEN, JOHN CARTER RISLEY, FP RESOURCES USA INC., and FP RESOURCES ACQUISITION CORP., | § § § § § § § § § | C.A. No. 2019-0017 |
| Defendants-Respondents, | § | |

Submitted: May 13, 2020
Decided: May 14, 2020

Before **SEITZ**, Chief Justice; **VAUGHN**, and **TRAYNOR**, Justices.

## ORDER

This 14th day of May, 2020, after careful consideration of the parties' briefs and the record on appeal, we find it evident that the final judgment of the Court of Chancery should be affirmed on the basis of and the reasons stated in its October 29, 2019 transcript ruling.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

/s/ Collins J. Seitz, Jr.
Chief Justice